| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Kristina M. Launey (SBN 221335) |
| 2 | klauney@seyfarth.com |
| | 400 Capitol Mall, Suite 2350 |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 448-0159 |
| 4 | Facsimile: (916) 558-4839 |
| 5 | Julia N. Sarnoff (SBN 288531) |
| | jsarnoff@seyfarth.com |
| 6 | 975 F St. N.W. |
| | Washington, DC 20004 |
| 7 | Telephone: (202) 463-2400 |
| | Facsimile: (202) 828-5393 |
| 8 | |
| | Attorneys for Defendant |
| 9 | BRE Newton Hotels Property Owner, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.), | Case No. 1:19-cv-01097-LJO-JLT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| BRE NEWTON HOTELS PROPERTY OWNER, LLC, dba RESIDENCE INN BY MARRIOTT BAKERSFIELD, | (Doc. 7) |
| Defendant. | |

**[PROPOSED] ORDER**

GOOD CAUSE appearing, the last day defendant BRE Newton Hotels Property Owner, LLC may file their responsive pleading shall be extended to October 15, 2019.

IT IS SO ORDERED.

Dated: **September 17, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE