# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK SR., <br><br> Plaintiff, <br><br> v. <br><br> BRE NEWTON HOTELS PROPERTY OWNER, LLC., <br><br> Defendant. | Case No.: 1:19-cv-01097 LJO JLT <br><br> ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION |

On August 12, 2019, the plaintiff initiated this action related to alleged violations of the Americans with Disabilities Act. (Doc. 1) The Court issued the summons on August 13, 2019 (Doc. 3) and its order setting the mandatory scheduling conference to occur on November 1, 2019 (Doc. 4). In September, the Court granted a stipulation of the counsel to allow the defense additional time to file a responsive pleading (Doc. 8). Despite this, the defense has not filed a responsive pleading. Likewise, despite that the mandatory joint scheduling conference report was due on October 25, 2019 (Doc. 4 at 2), the parties failed to file it. Therefore, the Court **ORDERS**,

1. **No later than November 15, 2019**, the parties **SHALL** show cause why sanctions, up to and including dismissal of the action and/or the entry of default, should not be imposed for the failure of the defendant to file a responsive pleading, the failure of the plaintiff to seek default and the failure of the plaintiff to prosecute this action.

2. Due the failure of the defendant to file a responsive pleading and the parties' failure to

1

file a joint scheduling conference report, the scheduling conference is **CONTINUED** to **December 11, 2019** at 9:00 a.m.

**The parties are advised that the failure to comply will result in sanctions as set forth above.**

IT IS SO ORDERED.

    Dated: **October 29, 2019**                     **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE